# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

USDC - VT
2:19-mj-72-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** _____ |
| v. | : | **DATE FILED:** _____ |
| **GEORGE ALEXANDER** | : | **VIOLATION:** 18 U.S.C. § 2250 (failure to register as a sex offender - 1 count) |
| | : | |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

From at least October 2, 2018 to on or about November 13, 2018, in the Eastern District of Pennsylvania and elsewhere, the defendant

**GEORGE ALEXANDER,**

being required to register under the Sex Offender Registration and Notification Act, and having traveled in interstate commerce, knowingly failed to update a registration as required by the Sex Offender Registration and Notification Act.

In violation of Title 18, United States Code, Section 2250.

**A TRUE BILL:**

_____
**GRAND JURY FOREPERSON**

_____
**WILLIAM M. McSWAIN**
**United States Attorney**